9-10-04

FILED
SEP 13 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Clerk of Court,

I am writing to inquire about the forfeiture proceedings that were involved in a criminal case. The case was: U.S.A. v. Garrick S. Jones, case no. 98CR20072 or CV01-2016. The forfeiture would have been initiated during the winter of 1998-1999. I would like to know if this was a Criminal or Civil forfeiture. Thank you for your time.

Garrick S. Jones

Garrick Jones # 11623-026
F.P.C.
Box 1000
Marion, Illinois 62959