**E-FILED**
Monday, 13 September, 2004  12:33:37 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
#### 218 U.S. COURTHOUSE
#### 201 S. VINE STREET
#### URBANA, ILLINOIS 61802

September 13, 2004

Garrick Jones 11623-026
F. P. C.
P. O. Box 1000
Marion, IL 62959

RE: FILING OF A FORFEITURE CASE

Dear Mr. Jones:

In reviewing our records, the Clerk of the U. S. District Court does not have a forfeiture case under your name.  There is a criminal case filing, and two habeas corpus case filings initiated by you.  This is all of the information this office has at this time.

Sincerely,

JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW



# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

September 13, 2004

Garrick Jones 11623-026
F. P. C.
P. O. Box 1000
Marion, IL 62959

RE: FILING OF A FORFEITURE CASE

Dear Mr. Jones:

In reviewing our records, the Clerk of the U. S. District Court does not have a forfeiture case under your name.  There is a criminal case filing, and two habeas corpus case filings initiated by you.  This is all of the information this office has at this time.

Sincerely,

JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW